IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02189-BNB

DWAYNE A. JONES,

      Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS FOR ARAPAHOE COUNTY, COLORADO,
DAVE WELCHER,
ERWIN MOZER, M.D., and
NURSE JANE DOE, individually,

      Defendants.

## ORDER DRAWING CASE

Following review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 25, 2011, at Denver, Colorado.

                                                    BY THE COURT:

                                                    s/ Boyd N. Boland
                                                    United States Magistrate Judge