IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02189-PAB-MEH

DWAYNE JONES,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS FOR ARAPAHOE COUNTY, COLORADO,
DAVE WELCHER,
ERWIN MOZER, M.D., and
NURSE JANE DOE, individually,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 2, 2011.**

    Before the Court is a letter from Plaintiff dated November 29, 2011 [filed December 1, 2011; docket #11].  The Court construes Plaintiff's letter as a Motion to Clarify.

    It is inappropriate for the Court to provide legal advice to any party, *pro se* or otherwise. However, the Court notes that the Certificate of Service and Plaintiff's Amended Complaint were not mailed to Defendants until November 28, 2011.  (Docket #9.)  In light of this fact, the Court directs Plaintiff to Fed. R. Civ. P. 15(a)(3).