IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02189-PAB-MEH

DWAYNE A. JONES,

     Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS FOR ARAPAHOE COUNTY, COLORADO,
DAVE WELCHER,
ERWIN MOZER, M.D., and
NURSE JANE DOE, Individually,

     Defendants.

---

## ORDER

---

     This matter is before the Court on the Motion to Dismiss Defendants [Docket No. 38] filed by plaintiff Dwayne A. Jones.  Plaintiff requests that the Court dismiss all claims against defendants the Board of County Commissioners for Arapahoe County, Colorado and Dave Welcher.  The Court has reviewed the pleading and is fully advised in the premises.

     Accordingly, it is

     **ORDERED** that Motion to Dismiss Defendants [Docket No. 38] is **GRANTED**.  It is further

     **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all of plaintiff's claims against defendants the Board of County Commissioners for Arapahoe County, Colorado and Dave Welcher are dismissed, with each party to bear its own attorney's fees and costs.

DATED February 10, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge