IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02189-PAB-MEH

DWAYNE JONES,

      Plaintiff,

v.

ERWIN MOZER, M.D., and
NURSE JANE DOE, individually,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 21, 2012.**

      Plaintiff's Motion for Leave to Amend Complaint in Compliance with FRCP 15 to Add Claim of Negligence [filed February 16, 2012; docket #44] is **denied without prejudice** for Plaintiff's failure to comply with Fed. R. Civ. P. 11(a) requiring that "[e]very ... written motion ... must be signed ... by a party personally if the party is unrepresented." In addition, the Plaintiff failed to comply with D.C. Colo. LCivR 5.1G, which provides that "[e]ach paper, other than one filed ex parte, shall be accompanied by a certificate of service indicating the date it was served, the name and address of the person to whom it was sent, and the manner of service." Plaintiff's motion contains no such certificate.  Finally, Plaintiff failed to attach a proposed Second Amended Complaint with his request to allow the Court to determine whether "justice so requires" the amendment.

      Accordingly, the Plaintiff may correct these procedural deficiencies and re-file a motion in accordance with this order on or before **March 2, 2012**. Pursuant to D.C. Colo. LCivR 8.1A, the Clerk of the Court is directed to provide the Plaintiff with a copy of a form Prisoner Complaint with the mailing of this order.  The Plaintiff will title his proposed amended pleading, "Second Amended Prisoner Complaint."