IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02189-PAB-MEH

DWAYNE JONES,

    Plaintiff,

v.

ERWIN MOZER, M.D., and
NURSE JANE DOE, individually,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 19, 2012.**

    Before the Court is Plaintiff's "Motion to Pay Debt" [filed April 16, 2012; docket #56]. Plaintiff's motion requests "[his] right pursuant to H.J.R. 192, to pay any and all public debt associated with Arapahoe County, Colorado District Court Case No. 08CR1039[.]" Even construing the motion liberally, it is unclear to the Court exactly what Plaintiff seeks. Morever, Plaintiff has not shown that the Court has jurisdiction to issue any order affecting a state criminal action in which Plaintiff is involved. Accordingly, Plaintiff's motion is **denied**.