IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02189-PAB-MEH

DWAYNE JONES,

    Plaintiff,

v.

ERWIN MOZER, M.D., and
NURSE JANE DOE, individually,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 22, 2012.**

    Defendant Erwin Mozer, M.D.'s Motion to Modify Minute Order [#43] to Extend Defendant's Expert-Witness-Disclosure-Deadline [filed May 21, 2012; docket #63] is **granted in part** and **denied in part**.  For good cause shown, the Court will amend its February 14, 2012 Minute Order with respect to all parties as follows:

| | |
|---|---|
| Deadline for Expert Witness Disclosure: | **July 12, 2012** |
| Deadline for Rebuttal Expert Disclosure: | **August 1, 2012** |
| Discovery Cutoff: | **August 10, 2012** |
| Dispositive Motion Deadline: | **August 31, 2012** |

    All other provisions of the Court's February 14, 2012 Minute Order remain in effect.  *See* docket #43.