IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  11-cv-02189-PAB-MEH | Date:   June 5, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

DWAYNE A. JONES,  *Pro Se* (by telephone)

    Plaintiff,

vs.

ERWIN MOZER, M.D.,  Terry Cipoletti

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**   **11:12 a.m.**

Court calls case.  Appearances of *pro se* Plaintiff by telephone and counsel for Defendant.

Argument and discussion regarding Defendant Erwin Mozer, M.D.'s Motion to Compel Plaintiff's Discovery Responses (Doc. #52, filed 4/6/2012).

**ORDERED:** 1. Defendant Erwin Mozer, M.D.'s Motion to Compel Plaintiff's Discovery Responses (Doc. #52, filed 4/6/2012) is GRANTED as stated on the record.  Plaintiff shall submit responses to Defendant's discovery requests by **June 11, 2012.**

    2. A Telephonic Status Conference is set for **June 6, 2012, at 9:30 a.m.** Plaintiff shall appear by telephone at that time.  The Court will call the facility at the time of the conference, due to the fact that Plaintiff is in an infirmary (719-269-4078).

    3. An additional Telephonic Status Conference is set for **June 19, 2012, at 10:30 a.m.  Plaintiff shall appear by telephone at that time.**  Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate.

Discussion regarding Plaintiff's request for appointment of counsel.  The Court directs Plaintiff to file a motion requesting volunteer counsel.

**Court in recess:**     11:31 a.m.  (Hearing concluded)
**Total time in court:**  0:19