**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-02189-PAB-MEH

DWAYNE A. JONES,

    Plaintiff,

v.

ERWIN MOZER, M.D, and
NURSE JANE DOE, individually,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

I.    Pursuant to the Order (Doc. #41) of Judge Philip A. Brimmer entered February 20, 2012, it is

ORDERED that the defendants' Motion to Dismiss (Doc. #38) is GRANTED, and that, accordingly, pursuant to Fed. R. Civ. P. 41(a), all of plaintiff's claims against defendants the Board of County Commissioners for Arapahoe County, Colorado and Dave Welcher are dismissed, with each party to bear its own attorney's fees and costs.

2.    Pursuant to the Order (Doc #82) of Judge Philip A. Brimmer entered on August 30, 2012 it is

ORDERED that Defendant Erwin Mozer, M.D.'s Motion to Dismiss Plaintiff's Prisoner Complaint [#6] [Docket No. 34] is GRANTED.  It is further

ORDERED that plaintiff's third claim for relief against defendant Erwin Mozer is

DISMISSED. It is further

ORDERED that plaintiff's claim against defendant Nurse Jane Doe is DISMISSED.  Accordingly, final judgment is hereby entered in favor of the defendants and against Plaintiff DWAYNE A. JONES, who recovers nothing, and this action is dismissed in its entirety.

Dated at Denver, Colorado this 5th day of September, 2012.

FOR THE COURT:
GREGORY C. LANGHAM, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk